364 A.2d 660

HAZLETON AREA SCHOOL DISTRICT et al.,
Appellants,

v.

STATE BOARD OF EDUCATION of the Common-
wealth of Pennsylvania et al., Appellees.

Supreme Court of Pennsylvania.

Argued May 3, 1976.

Decided Oct. 20, 1976.

Philip F. Hudock, James S. Palermo, Anthony J. Cio-
tola, Hazleton, for appellants.

Norman J. Watkins, Deputy Atty. Gen., for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, ROB-
ERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree of the Commonwealth Court, 21 Pa.Cmwlth.
547, 347 A.2d 324, is affirmed. Each party to bear own
cost.